810

No. 94–1886. WALDAU v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 94–1887. WILLINGHAM ET AL. v. SAC AND FOX NATION. C. A. 10th Cir. Certiorari denied.

No. 94–1888. SIME ET AL. v. CITY OF ROHNERT PARK. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1889. MIELE ET AL. v. PERINI CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1891. THACKER v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–1892. DAMIAN ET AL. v. GALAYDA. Sup. Ct. Ohio. Certiorari denied.

No. 94–1894. CADLE CO. v. BANKSTON & LOBINGIER ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 94–1895. PAYNE ET AL. v. KAPLAN, ADMINISTRATOR OF THE ESTATE OF KAPLAN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1896. ROMERO ET UX. v. KMART CORP., DBA KMART DISCOUNT STORE No. 7061. C. A. 5th Cir. Certiorari denied.

No. 94–1897. FOX v. DEPARTMENT OF JUSTICE. C. A. 9th Cir. Certiorari denied.

No. 94–1898. GRYNBERG v. KLEIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–1901. LA SOCIETE GENERALE IMMOBILIERE ET AL. v. MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1902. FAUSTO-RENDON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1903. HOCHBERG ET AL. v. HOWLETT ET AL. C. A. 2d Cir. Certiorari denied.